**Kevin ADAMS, Appellant,**

v.

**Dora B. SCHRIRO; Lisa Jones; Matt Sturm; Charles Baker; Dave Schulte; Deborah Stegeman; Dale Riley; Steve Long; Michael Groose; David Dormire; Thom Fischer; Donald Cline; Arthur Woods; Marvin Cundiff; E. Wankum; Robert Williams; Oscar Dunbar; Mark Loethen; William Patterson; Denis Agniel; Michael Nash; Fannie B. Gaw; Jim Yonker; Dan Conway; Robin Avery; Bob Holden; Roger Wilson; Chris Bauman; John Doe, Appellees.**

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recom-

No. 02–3532.

United States Court of Appeals, Eighth Circuit.

Submitted April 24, 2003.

Decided April 29, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

**PER CURIAM.**

Kevin Adams appeals the district court's [1] pre-service dismissal of his complaint. Having carefully reviewed the record and Adams's submissions on appeal, we conclude dismissal of his federal claims was proper for the reasons explained by the district court. Accordingly, we affirm the district court's order, but we modify the dismissal of any state law claims to be without prejudice. *See* 8th Cir. R. 47B.

A true copy.

mendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.